IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFERY HAAS,

    Petitioner,

-vs-

JAMES CROSS,

    Respondent.                       No. 15-cv-642-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 14, 2015 (Doc. 13), the Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED without prejudice.**

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT


                          BY:   *s/Caitlin Fischer*
                                Deputy Clerk

**DATED:** October 14, 2015

Digitally signed by David R. Herndon
Date: 2015.10.14 13:36:50 -05'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**